IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HANS ZIEGLER                                                                                       PLAINTIFF

v.                                        No. 4:20-cv-1319-JM

DECKER TRUCK LINE;
HURRICAN EXPRESS                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 18th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE