# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**HANS ZIEGLER**                                                                                  **PLAINTIFF**

**V.**                                              **4:20CV01319 JM**

**DECKER TRUCK LINE;**
**HURRICAN EXPRESS**                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE